NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7153

KENNETH A. GIBBINS, JR.,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

Heather Cessna, ABS Legal Advocates, P.A., of Lawrence, Kansas, argued for claimant-appellant. On the brief was Virginia A. Girard-Brady.

Devin A. Wolak, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Deborah A. Bynum, Assistant Director, and Marla T. Conneely, Attorney. Of counsel were Michael S. Dufault and Gregg M. Schwind, Trial Attorneys. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Christopher P. McNamee, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge William A. Moorman

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7153

KENNETH A. GIBBINS, JR.,

Claimant-Appellant,

v.

GORDON H. MANSFIELD, Acting Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the     UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

in CASE NO(S).     03-1652

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LOURIE, BRYSON, and GAJARSA, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED    December 20, 2007        /s/ Jan Horbaly

Jan Horbaly, Clerk